Simon Christiansen, Respondent, *v.* Louis B. Mendham et al., Appellants.

Appeal by the defendants from a judgment of the General Term of the City Court, affirming a judgment of the Trial Term of the City Court, rendered in favor of the plaintiff.

Franklin Bien, for appellants.

Harris & Goldfarb, for respondent.

Freedman, P. J. Upon the opinion in McCobb v. Christiansen (28 Misc. Rep. 119), decided at this term of the court, the judgment herein must be affirmed.

MacLean and Leventritt, JJ., concur.

Judgment affirmed, with costs to respondent.